# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 23, 2009

Marilyn Kelly,
Chief Justice

137113

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

HARRY LAZECHKO,
          Plaintiff-Appellant,

v

                                    SC: 137113
                                    COA: 276111
                                    Wayne CC: 02-217713-CK

AUTO OWNERS INSURANCE COMPANY,
          Defendant,

and

ALLSTATE INSURANCE COMPANY,
          Defendant-Appellee.

_____/

      On order of the Court, the application for leave to appeal the July 10, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 23, 2009

_____
Clerk

p0316